IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHELTER MUTUAL INSURANCE COMPANY, | * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 4:14-cv-00039-SWW |
| TARA'S NAILS & SPA, INC.; EUGENE W. GENTRY; KIM LE AND JOHN and JANE DOES NOS. 2-5, | * * * * | |
| Defendants. | * | |

## ORDER

The joint motion [doc.#27] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 26th day of August 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE